IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

STARLINK LOGISTICS INC.,           )
                                   )
        Plaintiff,                 )        NO. 1:18-cv-00029
                                   )
v.                                 )        JUDGE RICHARDSON
                                   )
ACC, LLC and SMELTER SERVICE       )
CORP.,                             )
                                   )
        Defendants.                )

## <u>ORDER</u>

Beginning almost exactly one year ago and continuing thereafter for about 10 weeks, the

Court was very busy on this case as well as an earlier-filed case between the same parties (Case

No. 1:12-cv-00011). During that period, (a) in this case, it issued a 30-page memorandum opinion

(Doc. No. 139) on "Defendant Smelter Service Corporation's Motion for Summary Judgment"

(Doc. No. 104), and a 48-page memorandum opinion (Doc. No. 141, "Challenged Opinion") on

"Defendant ACC, LLC's Motion for Summary Judgment (Doc. No. 100); and (b) in the earlier-

filed case, it issued a 76-page memorandum opinion (Doc. No. 282) addressing three different

dispositive motions.

On March 7, 2023, five weeks after the Court issued the Challenged Opinion, Plaintiff filed

a motion to reconsider the Challenged Opinion. (Doc. No. 147, "Motion for Reconsideration").

Understandably enough, by then the Court had shifted its focus away from this pair of cases to its

other 500-plus cases. But the time has come for the Court to turn back to this seemingly eternal

pair of cases. Accordingly, Defendants shall file a response to the Motion for Reconsideration by

December 12, 2023.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE